**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**IAN GUTCHESS,**
Plaintiff,

v. 2:26-cv-554-KCD-NPM

**LIBERTY MUTUAL FIRE INSURANCE COMPANY,**
Defendant.

---

## ORDER

In 2024, plaintiff Ian Gutchess's residential property in Naples, Florida, allegedly sustained flood damage from hurricanes Helene and Milton. For each storm, he filed separate flood-insurance coverage actions against defendant Liberty Mutual; this one and case number 2:26-cv-556. Without opposition, Liberty Mutual seeks the consolidation of both actions for all purposes. This will avoid inconsistent adjudications, conserve litigant and judicial resources, and not cause any prejudice.

Pursuant to Civil Rule 42(a)(2) and Local Rule 1.07(b), the motion (Doc. 27) is **GRANTED**. The cases are consolidated, and all papers shall be filed in this (the 554) action as the lead case. The **CLERK SHALL** file a copy of this order in 2:26-cv-556, terminate all scheduled events in that matter, and close the 556 case.

**ORDERED** on July 27, 2026

NICHOLAS P. MIZELL
United States Magistrate Judge